

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE COUNTY COURT AT LAW NO 5 OF DALLAS COUNTY, GREETINGS:

On August 12, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Gbolahanmi Alade v. WRPV III Southside Flats , LLC d/b/a Southside

Court of Appeals No. 15-25-00057-CV
Trial Court No. CC-25-00350-E

The Court of Appeals entered the following judgment or order:

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 25, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gbolahanmi Alade.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this August 12, 2025.

**CHRISTOPHER A. PRINE, CLERK**